| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Diana Pettus | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/01/2023     Printed name of Debtor 1: Diana Pettus     Signature of Debtor 1: /s/ Diana Pettus

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____     Printed name of Debtor 2: _____     Signature of Debtor 2: _____

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                      F 1002-1.EMP.INCOME.DEC

| Optum Services, Inc<br>OPERATING AS: OPTUM<br>ATTN--OPERATIONS, MN008-B213<br>9900 BREN ROAD EAST<br>MINNETONKA, MN 55343 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br><br>(800)561-0861 | O16-OSI Bi-Weekly Payroll<br>07/16/2023<br>07/29/2023 | Business Unit:<br>Advice #:<br>Advice Date:<br><br>Employer ID: | UHGID<br>**000000056323330**<br>08/04/2023<br><br>454683454 | |
|---|---|---|---|---|---|
| **DIANA C PETTUS**<br>804 SOUTH WEBSTER AVE 10<br>ANAHEIM, CA 92804 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate:<br>FLSA Status: | 001548271<br>85360-OptumRx Digital & Transformatn<br>CA TELECOMMUTER<br>Sr Enroll Qual/Audit Rep<br>$26.000000 Hourly<br>Nonexempt | **TAX DATA:**<br>Marital Status:<br>Allowances:<br>% Gross AZ:<br>Addl.<br>Amount: | **Federal**<br>H-of-H<br>N/A | **CA State**<br>Resident<br>H-of-H<br>0 | **CA State**<br>Work<br>H-of-H<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| CA Meal Penalty Pay | 26.000000 | 2.00 | 52.00 | 17.00 | 440.04 |
| Regular | 26.000000 | 79.53 | 2,067.78 | 1,144.98 | 29,597.27 |
| Overtime | 39.000000 | 0.60 | 23.40 | 21.05 | 818.85 |
| Company Paid Holiday Hours | | | 0.00 | 40.00 | 1,028.24 |
| Incentive - Quarterly | | | 0.00 | | 225.00 |
| CA Flat Sum Overtime Adj | | | 0.00 | | 5.12 |
| Planned PTO | | | 0.00 | 52.02 | 1,348.60 |
| Unplanned PTO | | | 0.00 | 38.13 | 984.67 |
| **TOTAL:** | | **82.13** | **2,143.18** | **1,313.18** | **34,447.79** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 113.29 | 1,874.03 |
| Fed MED/EE | 30.81 | 495.19 |
| Fed OASDI/EE | 131.73 | 2,117.36 |
| CA Withholdng | 26.76 | 431.57 |
| CA OASDI/EE | 19.02 | 305.70 |
| **TOTAL:** | **321.61** | **5,223.85** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 64.30 | 1,033.44 |
| 401(K) Savings Plan | 42.86 | 688.96 |
| Dental Pre-Tax | 24.54 | 392.64 |
| Short Term Disability Buy Up | 12.48 | 198.76 |
| Vision Pre-Tax | 5.52 | 88.32 |
| **TOTAL:** | **149.70** | **2,402.12** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 21.43 | 344.49 |
| Child(ren) Supplemental Life | 0.39 | 6.24 |
| **TOTAL:** | **21.82** | **350.73** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 64.30 | 1,033.44 |
| 401(K) Savings Plan | 10.72 | 172.23 |
| 401(K) Savings Plan | 21.43 | 344.50 |
| GTL Imputed Income* | 11.51 | 184.16 |
| ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,143.18 | 2,004.99 | 321.61 | 171.52 | 1,650.05 |
| YTD | 34,447.79 | 32,229.83 | 5,223.85 | 2,752.85 | 26,471.09 |

### LEAVE PLAN

| | |
|---|---|
| Paid Time Off: | 15.60 |
| Purchased PTO: | 0.00 |
| Sick: | 0.00 |
| Personal: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000056323330 | Savings | ******0240 | 20.00 |
| | Checking | ******1689 | 1,630.05 |
| **TOTAL:** | | | **1,650.05** |

| Optum Services, Inc<br>OPERATING AS: OPTUM<br>ATTN--OPERATIONS, MN008-B213<br>9900 BREN ROAD EAST<br>MINNETONKA, MN 55343 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>(800)561-0861 | O16-OSI Bi-Weekly Payroll<br>07/30/2023<br>08/12/2023 | Business Unit:<br>Advice #:<br>Advice Date:<br>Employer ID: | UHGID<br>**000000056564323**<br>08/18/2023<br>454683454 | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **CA State** Resident / **CA State** Work |
| **DIANA C PETTUS**<br>804 SOUTH WEBSTER AVE 10<br>ANAHEIM, CA 92804 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate:<br>FLSA Status: | 001548271<br>85360-OptumRx Digital & Transformatn<br>CA TELECOMMUTER<br>Sr Enroll Qual/Audit Rep<br>$26.000000 Hourly<br>Nonexempt | Marital Status:<br>Allowances:<br>% Gross AZ:<br>Addl. Amount: | H-of-H<br>N/A | H-of-H / H-of-H<br>0 / 0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Overtime | 39.000000 | 0.08 | 3.12 | 21.13 | 821.97 |
| Regular | 26.000000 | 70.36 | 1,829.36 | 1,215.34 | 31,426.63 |
| Unplanned PTO | 26.000000 | 1.84 | 47.84 | 39.97 | 1,032.51 |
| Planned PTO | 26.000000 | 8.00 | 208.00 | 60.02 | 1,556.60 |
| CA Meal Penalty Pay | | | 0.00 | 17.00 | 440.04 |
| Company Paid Holiday Hours | | | 0.00 | 40.00 | 1,028.24 |
| Incentive - Quarterly | | | 0.00 | | 225.00 |
| CA Flat Sum Overtime Adj | | | 0.00 | | 5.12 |
| **TOTAL:** | | **80.28** | **2,088.32** | **1,393.46** | **36,536.11** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 107.04 | 1,981.07 |
| Fed MED/EE | 30.01 | 525.20 |
| Fed OASDI/EE | 128.33 | 2,245.69 |
| CA Withholdng | 25.61 | 457.18 |
| CA OASDI/EE | 18.53 | 324.23 |
| **TOTAL:** | **309.52** | **5,533.37** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 62.65 | 1,096.09 |
| 401(K) Savings Plan | 41.77 | 730.73 |
| Dental Pre-Tax | 24.54 | 417.18 |
| Short Term Disability Buy Up | 12.48 | 211.24 |
| Vision Pre-Tax | 5.52 | 93.84 |
| **TOTAL:** | **146.96** | **2,549.08** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 20.88 | 365.37 |
| Child(ren) Supplemental Life | 0.39 | 6.63 |
| **TOTAL:** | **21.27** | **372.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 62.65 | 1,096.09 |
| 401(K) Savings Plan | 10.43 | 182.66 |
| 401(K) Savings Plan | 20.89 | 365.39 |
| GTL Imputed Income* | 11.51 | 195.67 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,088.32 | 1,952.87 | 309.52 | 168.23 | 1,610.57 |
| YTD | 36,536.11 | 34,182.70 | 5,533.37 | 2,921.08 | 28,081.66 |

### LEAVE PLAN

| | |
|---|---|
| Paid Time Off: | 11.29 |
| Purchased PTO: | 0.00 |
| Sick: | 0.00 |
| Personal: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000056564323 | Savings | ******0240 | 20.00 |
| | Checking | ******1689 | 1,590.57 |
| **TOTAL:** | | | **1,610.57** |

| Optum Services, Inc<br>OPERATING AS: OPTUM<br>ATTN--OPERATIONS, MN008-B213<br>9900 BREN ROAD EAST<br>MINNETONKA, MN 55343 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br><br>(800)561-0861 | O16-OSI Bi-Weekly Payroll<br>08/13/2023<br>08/26/2023 | Business Unit:<br>Advice #:<br>Advice Date:<br><br>Employer ID: | UHGID<br>**000000056805156**<br>09/01/2023<br><br>454683454 | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **CA State** Resident | **CA State** Work |
| **DIANA C PETTUS**<br>804 SOUTH WEBSTER AVE 10<br>ANAHEIM, CA 92804 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate:<br>FLSA Status: | 001548271<br>85360-OptumRx Digital & Transformatn<br>CA TELECOMMUTER<br>Sr Enroll Qual/Audit Rep<br>$26.000000 Hourly<br>Nonexempt | Marital Status:<br>Allowances:<br>% Gross AZ:<br>Addl.<br>Amount: | H-of-H<br>N/A | H-of-H<br>0 | H-of-H<br>0 |

## HOURS AND EARNINGS

| | | ----------------- Current ------------------- | | ---------- YTD ------------- | | **TAXES** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Overtime | 39.000000 | 1.24 | 48.36 | 22.37 | 870.33 | Fed Withholdng | 107.96 | 2,089.03 |
| Regular | 26.000000 | 76.37 | 1,985.62 | 1,291.71 | 33,412.25 | Fed MED/EE | 30.13 | 555.33 |
| Unplanned PTO | 26.000000 | 2.40 | 62.40 | 42.37 | 1,094.91 | Fed OASDI/EE | 128.82 | 2,374.51 |
| CA Meal Penalty Pay | | | 0.00 | 17.00 | 440.04 | CA Withholdng | 25.78 | 482.96 |
| Company Paid Holiday Hours | | | 0.00 | 40.00 | 1,028.24 | CA OASDI/EE | 18.59 | 342.82 |
| Incentive - Quarterly | | | 0.00 | | 225.00 | | | |
| CA Flat Sum Overtime Adj | | | 0.00 | | 5.12 | | | |
| Planned PTO | | | 0.00 | 60.02 | 1,556.60 | | | |
| **TOTAL:** | | **80.01** | **2,096.38** | **1,473.47** | **38,632.49** | **TOTAL:** | **311.28** | **5,844.65** |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **EMPLOYER PAID BENEFITS** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| 401(K) Savings Plan | 62.89 | 1,158.98 | 401(K) Savings Plan | 20.96 | 386.33 | 401(K) Savings Plan | 62.89 | 1,158.98 |
| 401(K) Savings Plan | 41.93 | 772.66 | Child(ren) Supplemental Life | 0.39 | 7.02 | 401(K) Savings Plan | 10.48 | 193.14 |
| Dental Pre-Tax | 24.54 | 441.72 | | | | 401(K) Savings Plan | 20.97 | 386.36 |
| Short Term Disability Buy Up | 12.48 | 223.72 | | | | GTL Imputed Income* | 11.51 | 207.18 |
| Vision Pre-Tax | 5.52 | 99.36 | | | | | | |
| **TOTAL:** | **147.36** | **2,696.44** | **TOTAL:** | **21.35** | **393.35** | ***TAXABLE** | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 2,096.38 | 1,960.53 | 311.28 | 168.71 | 1,616.39 |
| YTD | 38,632.49 | 36,143.23 | 5,844.65 | 3,089.79 | 29,698.05 |

| **LEAVE PLAN** | | **NET PAY DISTRIBUTION** | | | |
|---|---|---|---|---|---|
| Paid Time Off: | 14.43 | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| Purchased PTO: | 0.00 | Advice #000000056805156 | Savings | ******0240 | 20.00 |
| Sick: | 0.00 | | Checking | ******1689 | 1,596.39 |
| Personal: | 0.00 | | | | |
| | | **TOTAL:** | | | **1,616.39** |

| Optum Services, Inc<br>OPERATING AS: OPTUM<br>ATTN--OPERATIONS, MN008-B213<br>9900 BREN ROAD EAST<br>MINNETONKA, MN 55343 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br><br>(800)561-0861 | O16-OSI Bi-Weekly Payroll<br>08/27/2023<br>09/09/2023 | Business Unit:<br>Advice #:<br>Advice Date:<br><br>Employer ID: | UHGID<br>000000057045716<br>09/15/2023<br><br>454683454 | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **CA State** Resident / **CA State** Work |
| **DIANA C PETTUS**<br>804 SOUTH WEBSTER AVE 10<br>ANAHEIM, CA 92804 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate:<br>FLSA Status: | 001548271<br>85360-OptumRx Digital & Transformatn<br>CA TELECOMMUTER<br>Sr Enroll Qual/Audit Rep<br>$26.000000 Hourly<br>Nonexempt | Marital Status:<br>Allowances:<br>% Gross AZ:<br>Addl. Amount: | H-of-H<br>N/A | H-of-H / H-of-H<br>0 / 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---:|---:|---:|---:|---:|
| Planned PTO | 26.000000 | 8.00 | 208.00 | 68.02 | 1,764.60 |
| Regular | 26.000000 | 59.68 | 1,551.68 | 1,351.39 | 34,963.93 |
| Company Paid Holiday Hours | 26.000000 | 8.00 | 208.00 | 48.00 | 1,236.24 |
| Overtime | 39.000000 | 0.07 | 2.73 | 22.44 | 873.06 |
| Unplanned PTO | 26.000000 | 4.25 | 110.50 | 46.62 | 1,205.41 |
| CA Meal Penalty Pay | | | 0.00 | 17.00 | 440.04 |
| Incentive - Quarterly | | | 0.00 | | 225.00 |
| CA Flat Sum Overtime Adj | | | 0.00 | | 5.12 |
| **TOTAL:** | | **80.00** | **2,080.91** | **1,553.47** | **40,713.40** |

### TAXES

| Description | Current | YTD |
|---|---:|---:|
| Fed Withholdng | 106.19 | 2,195.22 |
| Fed MED/EE | 29.90 | 585.23 |
| Fed OASDI/EE | 127.87 | 2,502.38 |
| CA Withholdng | 25.45 | 508.41 |
| CA OASDI/EE | 18.46 | 361.28 |
| **TOTAL:** | **307.87** | **6,152.52** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---:|---:|
| 401(K) Savings Plan | 62.43 | 1,221.41 |
| 401(K) Savings Plan | 41.62 | 814.28 |
| Dental Pre-Tax | 24.54 | 466.26 |
| Short Term Disability Buy Up | 12.48 | 236.20 |
| Vision Pre-Tax | 5.52 | 104.88 |
| **TOTAL:** | **146.59** | **2,843.03** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---:|---:|
| 401(K) Savings Plan | 20.81 | 407.14 |
| Child(ren) Supplemental Life | 0.39 | 7.41 |
| **TOTAL:** | **21.20** | **414.55** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---:|---:|
| 401(K) Savings Plan | 62.43 | 1,221.41 |
| 401(K) Savings Plan | 10.40 | 203.54 |
| 401(K) Savings Plan | 20.81 | 407.17 |
| GTL Imputed Income* | 11.51 | 218.69 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---:|---:|---:|---:|---:|
| Current | 2,080.91 | 1,945.83 | 307.87 | 167.79 | 1,605.25 |
| YTD | 40,713.40 | 38,089.06 | 6,152.52 | 3,257.58 | 31,303.30 |

### LEAVE PLAN

| | |
|---|---:|
| Paid Time Off: | 7.72 |
| Purchased PTO: | 0.00 |
| Sick: | 0.00 |
| Personal: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---:|
| Advice #000000057045716 | Savings | ******0240 | 20.00 |
| | Checking | ******1689 | 1,585.25 |
| **TOTAL:** | | | **1,605.25** |

Please note that overtime is calculated after 40 hours worked in a week. Holiday pay and PTO are not considered hours worked.