Certificate Number: 14912-CAC-DE-038050355

Bankruptcy Case Number: 23-11973



14912-CAC-DE-038050355

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 27, 2023, at 8:28 o'clock PM EST, Diana Pettus completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  December 27, 2023    By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor